UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER BELL,<br><br>Plaintiff,<br><br>- against -<br><br>BARUCH COLLEGE – CUNY,<br><br>Defendant. | **NOTICE OF APPEARANCE OF NEW ATTORNEY OF RECORD**<br><br>16-cv-8378 (VSB)<br><br>**Original Filed By ECF** |

**PLEASE TAKE NOTICE** that ERIC T. SCHNEIDERMAN, Attorney General of the State of New York, by the undersigned, continues to appear as attorney of record for defendant The City University of New York (sued herein as Baruch College – CUNY) ("CUNY" or "Defendant")[1]. The undersigned attorney hereby replaces the appearance noticed on the docket by Former Assistant Attorney General William J. Taylor, Jr., (ECF Doc #12) on February 27, 2017. The address and telephone number of the current attorney of record is set forth below. This appearance is without prejudice to Defendant's ability to assert any applicable defenses in this action.

The undersigned also respectfully requests that the Honorable Vernon S. Broderick terminate the appearance of William J. Taylor, Jr. as soon as possible.

Dated: New York, New York
March 6, 2018

ERIC T. SCHNEIDERMAN
Attorney General of the State of New York
*Attorney for Defendant*
/s/Eva Dietz ________
EVA DIETZ
Assistant Attorney General
120 Broadway, 24th Floor
New York, New York 10271
(212) 416-6211
Eva.Dietz@ag.ny.gov

[1] The only proper defendant here is CUNY. Baruch College is a senior college in the CUNY system. It is not a legally cognizable entity separate and apart from CUNY and cannot be separately sued. N.Y. Educ. Law §§ 6202(2) and (5), 6203; *Clissuras v. City Univ. of N.Y.*, 359 F.3d 79, 81 n.2 (2d Cir. 2004) (per curiam); *see, e.g.*, *Miles v. Baruch Coll.*, No. 07-cv-1214(CPS)(RLM), 2008 WL 222299, at *1 & nn.3-4 (E.D.N.Y. Jan. 25, 2008).

To: Christopher Bell
260 West 54th Street
Apt. 29K
New York, New York 10019
(917) 757-5284
*Pro se Plaintiff*
(Via U.S. First-Class Mail, 3-6-2018)